JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN PEDRO FORKLIFT, INC., <br> Plaintiff, <br> vs. <br> CAPITOL SPECIALTY INSURANCE CORP., <br> Defendant. | Case No.: CV 11-645 DSF (CWx) <br><br> JUDGMENT |

The Court having granted Defendant's motion to dismiss,

IT IS NOW ORDERED AND ADJUDGED that Plaintiff take nothing, that its claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 5/16/11

Dale S. Fischer
United States District Judge